**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **OYSTER OPTICS, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:18-CV-00206-JRG** |
| § | |
| **INFINERA CORPORATION,** § | |
| § | |
| *Defendant*. § | |
| § | |

# ORDER

Before the Court is Plaintiff Oyster Optics, LLC's ("Oyster") Opposed Motion for Leave to File Amended Complaint (the "Motion"). (Dkt. No. 84.) The Court **ORDERS** that Defendant Infinera Corporation ("Infinera") file an expedited response to the Motion on or before **JUNE, 28, 2019**. No reply or sur-reply to the Motion shall be permitted.

So Ordered this

Jun 21, 2019

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE